The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON BUSSEY and HEIDI BUSSEY, individually and as guardians of minor, H.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, PAYDAN BUSSEY, THAYNE LYMAN, PHILIP BUSSEY, CATHY BUSSEY, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:25-cv-00197-TSZ<br><br>**ORDER STAYING DISCOVERY AS TO DEFENDANT PAYDAN BUSSEY** |

This matter came before the Court on the parties' Stipulation and Non-Objection to Entry of Order Staying Discovery as to Defendant Paydan Bussey Only, docket no. 41, and the Court having reviewed and considered the Stipulation, files, and pleadings herein, THEREFORE, the Court hereby ORDERS that:

Any deadlines for Defendant Paydan Bussey to serve and file an Answer or otherwise respond to the Second Amended Complaint or any Amended Complaint subsequently filed, to make initial disclosures, or to respond to discovery requests that may be propounded to Defendant Paydan Bussey shall be STAYED for (a) six months from the date of this Court's order granting the requested stay, or (b) until conclusion of the criminal case against Defendant

ORDER STAYING DISCOVERY AS TO
DEFENDANT PAYDAN BUSSEY - 1
(CASE NO. 2:25-cv-00197)

**ROGERS & COVER, PLLC**
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*  (206) 223-8224 *Fax*

Paydan Bussey currently pending in *State of Utah v. Paydan Bussey*, Utah County District Court Case No. 241403253 (hereinafter referred to as the "*Utah Criminal Case*"), whichever is earlier.

If the *Utah Criminal Case* is still pending six months from the date of entry of the Court's Order staying discovery as to Defendant Paydan Bussey, the parties shall submit a joint status update to the Court explaining the status of the *Utah Criminal Case* at that time. Should the *Utah Criminal Case* still be pending six months from the date of this Court's order granting the requested stay, Defendant Paydan Bussey may submit a motion at that time requesting that the Stay be extended and the other parties may respond to that motion.

DATED this 24th day of July, 2025.

_____
Thomas S. Zilly
United States District Judge

Presented by:

| ROGERS & COVER, PLLC | PERKINS COIE LLP |
|---|---|
| */s/ James S. Rogers* <br> James S. Rogers, WSBA #5335 <br> Heather Cover, WSBA #52146 <br><br> 705 Second Avenue, Suite 1500 <br> Seattle, WA 98104 <br> Telephone: (206) 621-8525 <br> E-mail: jsr@jsrogerslaw.com <br> E-mail: heather@jsrogerslaw.com <br><br> Attorneys for Plaintiffs | */s/ Harry H. Schneider, Jr.* <br> Harry H. Schneider, Jr., WSBA #9404 <br> Meeghan Dooley, WSBA #61735 <br><br> 1301 Second Avenue, Suite 4200 <br> Seattle, WA 98101 <br> Telephone: (206) 359-8000 <br> E-mail: HSchneider@perkinscoie.com <br> E-mail: MDooley@perkinscoie.com <br><br> Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints and Thayne Lyman |

ORDER STAYING DISCOVERY AS TO
DEFENDANT PAYDAN BUSSEY - 2
(CASE NO. 2:25-cv-00197)

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*  (206) 223-8224 *Fax*

| GORDON TILDEN THOMAS & CORDELL LLP | FLOYD \| PFLUEGER KEARNS, NEDDERMAN & GRESS, P.S. |
|---|---|
| /s/ Michael Rosenberger<br>Michael Rosenberger, WSBA #17730<br>Katherine S. Wan, WSBA #58647<br><br>600 University Street, Suite 2915<br>Seattle, WA 98101<br>Telephone: (206) 467-6477<br>E-mail: mrosenberger@gordontilden.com<br>E-mail: kwan@gordontilden.com<br><br>Attorneys for Defendants Philip and Cathy Bussey | /s/ Danielle P. Smith<br>Francis S. Floyd, WSBA #10642<br>Danielle P. Smith, WSBA #49165<br><br>3101 Western Ave., Suite 400<br>Seattle, WA 98121<br>Telephone: (206) 441-4455<br>E-mail: ffloyd@nwtrialattorneys.com<br>E-mail: dsmith@nwtrialattorneys.com<br><br>Attorneys for Defendant Paydan Bussey |
| ANDREWS & THORNTON<br>Kimberly DeGonia, CA Bar # 256989<br>Ryan McIntosh, CA Bar # 328042<br>Brittany Emsais, CA Bar # 352332<br>David Kao, CA Bar # 261117<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Telephone: (949) 748-1000<br>E-mail: kdegonia@andrewsthornton.com<br>E-mail: rmcintosh@andrewsthornton.com<br>E-mail: bemsais@andrewsthornton.com<br>E-mail: dkao@andrewsthornton.com<br>Pro Hac Vice Attorneys for Plaintiffs | WATTS LAW FIRM<br>Damon Singleton, AR Bar # 2010132<br>811 Barton Springs Road, # 725<br>Austin, TX 78704<br>Telephone: (888) 889-2887<br>E-mail: damon@wattsllp.com<br><br>Pro Hac Vice Attorneys for Plaintiffs |

ORDER STAYING DISCOVERY AS TO
DEFENDANT PAYDAN BUSSEY - 3
(CASE NO. 2:25-cv-00197)

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*  (206) 223-8224 *Fax*